IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CLIFFORD FERRIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 05CV01923HEA |
| ) | |
| JANSSEN PHARMACEUTICA, L.P., et al., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendants. ) | |

6-22-06
Granted
So Ordered

## MOTION TO CONSOLIDATE ACTIONS

Comes now Defendant Janssen, L.P., in consultation with counsel for Plaintiffs, and request that the following cases be consolidated before this Court for scheduling and pre-trial purposes only:

Collins v. Janssen Pharmaceutica, L.P., et al., 06-cv-0623 CEJ

Ferrin v. Janssen Pharmaceutica, L.P., et al., 05-cv-01923 HEA

Foster v. Janssen Pharmaceutica, L.P., et al., 06-cv-00251 AGF

Hall v. Janssen Pharmaceutica, L.P., et al., 06-cv-00248 RWS

Hiles v. Janssen Pharmaceutica, L.P., et al., 05-cv-02157 CAS

Hodges v. Janssen Pharmaceutica, L.P., et al., 06-cv-00252 JCH

Honey v. Janssen Pharmaceutica, L.P., et al., 06-cv-0653 SNL

Ijames v. Janssen Pharmaceutica, L.P., et al., 06-cv-00207 CAS

Johnson, Curtis v. Janssen Pharmaceutica, L.P., et al., 06-cv-00249 ERW

Johnson, Jacqueline v. Janssen Pharmaceutica, L.P., et al., 06-cv-00241 HEA

Johnson, Warren v. Janssen Pharmaceutica, L.P., et al., 06-cv-00243 HEA

Macina v. Janssen Pharmaceutica, L.P., et al., 06-cv-00250 MLM

Mallory v. Janssen Pharmaceutica, L.P., et al., 06-cv-00237 HEA

Martin, Erin v. Janssen Pharmaceutica, L.P., et al., 05-cv-2190 HEA

2375129

Maurice v. Janssen Pharmaceutica, L.P., et al., 05-cv-02293 CAS

McMahon v. Janssen Pharmaceutica, L.P., et al., 05-cv-01926 SNL

Nations v. Janssen Pharmaceutica, L.P., et al., 06-cv-0723 JCH

O'Dell v. Janssen Pharmaceutica, L.P., et al., 05-cv-2276 HEA

Petero v. Janssen Pharmaceutica, L.P., et al., 06-cv-00244 AGF

Philpott v. Janssen Pharmaceutica, L.P., et al., 05-cv-02243 CDP

Priesp v. Janssen Pharmaceutica, L.P., et al., 06-cv-00245 CEJ

Proctor v. Janssen Pharmaceutica, L.P., et al., 06-cv-00420 MLM

Quinlan v. Janssen Pharmaceutica, L.P., et al., 06-cv-00206 TCM

Quinn v. Janssen Pharmaceutica, L.P., et al., 06-cv-00242 HEA

Romero v. Janssen Pharmaceutica, L.P., et al., 05-cv-02204 DDN

Samp v. Janssen Pharmaceutica, L.P., et al., 06-cv-0649 RWS

Santacroce v. Janssen Pharmaceutica, L.P., et al., 06-cv-00259 HEA

Spurgeon v. Janssen Pharmaceutica, L.P., et al., 05-cv-02283 HEA

Steward v. Janssen Pharmaceutica, L.P., et al., 06-cv-00495 HEA

Stutz v. Janssen Pharmaceutica, L.P., et al., 05-cv-2273 DDN

Thomas v. Janssen Pharmaceutica, L.P., et al., 05-cv-01927 CEJ

Thompson, Branna v. Janssen Pharmaceutica, L.P., et al., 06-cv-00399 RWS

Thompson, Lisa v. Janssen Pharmaceutica, L.P., et al., 06-cv-00253 SNL

Valla v. Janssen Pharmaceutica, L.P., et al., 06-cv-00247 JCH

Warthen v. Janssen Pharmaceutica, L.P., et al., 06-cv-00497 CEJ

Whistler v. Janssen Pharmaceutica, L.P., et al., 06-cv-00417 CAS

Williams v. Janssen Pharmaceutica, L.P., et al., 06-cv-00246 CDP

Consolidation of these proceedings will reduce the burden on the courts and the litigants. It will also promote judicial efficiency and consistency with respect to discovery and common pre-trial issues, prior to co-defendants being severed where appropriate, and the cases being set for trials on an individual plaintiff basis.

WHEREFORE, Janssen hereby requests that the Court issue an Order consolidating these cases before the Honorable Henry E. Autrey, and that a scheduling conference be set thereafter to develop a coordinated plan for discovery and pre-trial matters.

Respectfully submitted,

BRYAN CAVE LLP

By: _____
Dan H. Ball, E.D. Mo. 2555
Stephen G. Strauss, E.D. Mo. 84402
Jennifer S. Kingston, E.D. Mo. 93569
One Metropolitan Square, Suite 3600
St. Louis, Missouri 63102
Telephone: 314-259-2000
Facsimile: 314-259-2020

Thomas F. Campion
Steven M. Selna
Drinker Biddle & Reath LLP
500 Campus Drive
Florham Park, New Jersey 07932

Attorneys for Defendant Janssen, L.P.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served via the Court's electronic filing system upon all counsel of record.

6-22-06

2375129